

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00285-CR

Manuel **MONREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 17-10-03164-DCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

SIGNED August 22, 2018.

_____
Rebeca C. Martinez, Justice